Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Lucas, and<br>Lorrie Lucas,<br><br>            Plaintiffs,<br><br>v.<br><br>Focus Receivables Management, LLC, and Britannia Smith,<br><br>            Defendants. | No.  CV 2011-0152-PHX-ROS<br><br><br>NOTICE OF SETTLEMENT |

Plaintiffs, by and through counsel, hereby give notice that Plaintiffs and Defendants have reached a settlement in this case, and will be filing a stipulation of dismissal within thirty (30) days.

/ / /

/ / /

1
2      DATED  April 25, 2011 .
3
4                                             s/ Floyd W. Bybee
                                              Floyd W. Bybee, #012651
5                                             BYBEE LAW CENTER, PLC
                                              2473 S. Higley Road
6                                             Suite 104-308
                                              Gilbert, AZ  85295-3023
7                                             Office: (480) 756-8822
                                              Fax: (480) 302-4186
8                                             floyd@bybeelaw.com

9                                             Attorney for Plaintiffs

10

11

12                          CERTIFICATE OF SERVICE

13  The undersigned certifies that on  April 25, 2011 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for
14  filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
15
        Timothy R. Grimm
16      RENAUD COOK DRURY
         MESAROS, PA
17      One North Central, Suite 900
        Phoenix, AZ 85004-4417
18

19  by  s/ Floyd W. Bybee

20

21

22

23

24

25