1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6              **DISTRICT OF ARIZONA**

7    _____
                                     )
8    Michael Lucas, and              )    **No.  CV 2011-0152-PHX-ROS**
     Lorrie Lucas,                   )
9                                    )
                                     )
10        Plaintiffs,                )
                                     )
11   v.                              )
                                     )            **ORDER**
12   Focus Receivables               )
     Management, LLC, and            )
13   Britannia Smith,                )
                                     )
14        Defendants.                )
                                     )
15   _____)

16        Plaintiffs  and  Defendants  having  stipulated  to

17   dismissal of this action with prejudice, and good cause

18   appearing,

19        **IT IS HEREBY ORDERED** dismissing this action with

20   prejudice, each party to bear its own attorney's fees and

21   costs.

22        Dated this 19th day of May, 2011.

23

24

25   _____
                    Roslyn O. Silver
              Chief United States District Judge